**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kayle Adams and Sandy Adams, husband and wife; Troy and Rebecca Guthrie, husband and wife;<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>American Family Mutual Insurance Company, a Wisconsin Corporation;<br><br>　　　　Defendants. | No. CIV 04-1659-PCT-DKD<br><br>**ORDER** |

　　　Pursuant to the foregoing Stipulation to Dismiss Plaintiffs Troy and Rebecca Guthrie with Prejudice and good cause appearing therefor,

　　　IT IS HEREBY ORDERED that Plaintiffs Troy and Rebecca Guthrie are dismissed with prejudice, with each of the parties to bear their own costs and attorneys' fees incurred herein.

　　　DATED this 25th day of April, 2006.

_____
David K. Duncan
United States Magistrate Judge