**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kayle and Sandy Adams, husband and wife,<br><br>            Plaintiffs,<br><br>vs.<br><br>American Family Mutual Insurance, Co., a foreign corporation,<br><br>            Defendant. | No.  CIV 04-1659-PCT-DKD<br><br>**ORDER** |

The Court conducted an informal telephonic discovery conference on June 19, 2006. Appearing were Douglas Dieker and Michael Brewer on behalf of Plaintiffs and Defendant, respectively.  Plaintiffs raised three issues:  Discovery regarding an incentive program; (2) Defendant's employee evaluation forms; and 3) The amount of Defendant's reserves in the instant matter.  The Court will allow discovery regarding any explanatory material Defendant provides to its supervisors or employees regarding any incentive program. With respect to issue #2, Defendant shall provide Plaintiffs with a blank, uncompleted evaluation form and the Court will consider in due course, if necessary, if discovery may be had regarding the completed evaluation forms.  With respect to issue #3, the Court invited the parties to brief the issue of the discoverability of reserves. The parties may, at their option, submit a memorandum addressing the issue no longer than three pages or they may submit a copy of briefing on the subject which

1  was prepared in another case (of whatever length).  Such submissions shall be filed and served
2  by 5:00 p.m., Monday, June 26, 2006.
3        DATED this 20th day of June, 2006.

_____
David K. Duncan
United States Magistrate Judge