**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kayle Adams, et al.,         )<br>              )<br>    Plaintiffs,     )<br>              )<br>vs.           )<br>              )<br>American Family Mutual Insurance, Co., )<br>              )<br>    Defendant.     )<br>_____) | No. CIV 04-1659-PCT-DKD<br><br>**ORDER** |

The Court has reviewed Plaintiffs' June 19, 2006 Discovery Dispute Memorandum addressing discovery of reserve information. The Memorandum did not dissuade the Court from its preliminary view that reserve information is not generally discoverable under Arizona state practice. Further, the Court is not inclined to allow such discovery as it is afield from the issues of whether the insurer complied with its obligation "to immediately conduct an adequate investigation, act reasonably in evaluating the claim, and act promptly in paying a legitimate claim." *Zilisch v. State Farm Mutual Auto Ins. Co.*, 196 Ariz 234, 238, 995 P.2d 276, 280 (2000). In addition, discovery of reserve information would necessarily require additional discovery of collateral maters to place the requested discovery in context. Accordingly, Plaintiffs' oral motion to compel, presented during the June 19, 2006 telephonic discovery conference, is DENIED.

DATED this 27th day of June, 2006.

_____
David K. Duncan
United States Magistrate Judge